**Exhibit A to the Complaint**

**Location:** Howell, MI  **IP Address:** 97.85.52.153
**Total Works Infringed:** 24  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 49E33BC57A24A73E8562D7F66A059AC8ECE02EBA | 08/31/2025 18:28:31 | Blacked | 08/26/2025 | 09/16/2025 | PA0002550979 |
| 2 | 7a64de36d01945efade2b39394f6d25066102bad | 08/14/2025 15:33:14 | Blacked | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 3 | 99f0ad8f3e08166918bbbcd688548c902e1495a4 | 07/28/2025 22:53:31 | Milfy | 03/26/2025 | 04/22/2025 | PA0002527060 |
| 4 | 469d9a15873b38675dfbb8d9d730cbcb0b4669d0 | 05/30/2025 09:45:32 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 5 | c5cd9939550c7ecad26ac5f57b2b5b65496fdde9 | 05/01/2025 12:47:00 | Blacked | 04/28/2025 | 05/20/2025 | PA0002531773 |
| 6 | bd725f100c82198ab800e2ff06918b0bf6af6a55 | 03/19/2025 01:37:36 | Blacked Raw | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 7 | 341DF04D984DDF435FF9C4B6EFDBD2E6B0BCCD2F | 03/19/2025 01:36:33 | Blacked | 08/16/2024 | 09/17/2024 | PA0002490360 |
| 8 | c174397e893a729cd04b77f5cbd6264e74a4a345 | 03/15/2025 22:28:12 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 9 | 76410192566CD1F9984A94F1230209D829F0A953 | 02/12/2025 23:55:00 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 10 | C220DA2104A635980F8AC9E35FB79AA09A3F85FC | 02/12/2025 23:54:55 | Blacked | 07/02/2024 | 07/15/2024 | PA0002480438 |
| 11 | 2BFA421C3201AE5FECBF696B624DB42EE8C301EB | 10/08/2024 16:18:22 | Blacked | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 12 | 81A3248365640BCD9D3F6DB8A1BD80092D4FA8E1 | 10/04/2024 14:58:18 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 13 | 0FFC424965D6352089903917DE34A14A712FFCFA | 10/04/2024 14:53:50 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 14 | C6CE3E64AA2608B5337D9DD823906E584730B6AB | 09/29/2024 22:16:31 | Blacked Raw | 03/02/2020 | 04/17/2020 | PA0002246105 |
| 15 | E47698D1D3B30E2917827D6BC3518A182B45ECEE | 09/25/2024 14:45:45 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 16 | 7AE09EDC105B7B9311D1044FC528E08108EB7AAE | 09/25/2024 14:44:17 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | dd312c8f71fd7af482729d61653aa4159b3e7e57 | 09/15/2024 13:39:21 | Tushy | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 18 | 4eb74dc86e8814840ad10c33820a2b92ef1f0e1f | 07/11/2024 14:37:00 | Blacked Raw | 03/20/2023 | 04/07/2023 | PA0002405757 |
| 19 | cc6bd7223fda90d7133638e5df24f35aa838edff | 05/28/2024 23:56:31 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 20 | FB949E6A2CABB15D73473DF1792CCAE5A3DA0C12 | 02/06/2024 21:21:36 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 21 | d7032c76abcf839f3b3dfe156b9d085e432a1ac8 | 02/01/2024 11:21:51 | Blacked | 12/04/2021 | 12/09/2021 | PA0002325833 |
| 22 | 0DF1373C93DA975A7D024971056E529803819C53 | 02/01/2024 03:42:58 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |
| 23 | A2FE8B062C32CEBBEA9C7A067F2B98995322D0B7 | 01/22/2024 00:38:30 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 24 | 58D517446CAF14E57137F2C992F83F2F776EA2CB | 11/30/2023 19:01:07 | Blacked | 02/12/2022 | 02/14/2022 | PA0002335505 |